ROBBINS GELLER RUDMAN
  & DOWD LLP
DENNIS J. HERMAN (220163)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
dennish@rgrdlaw.com
        – and –
DARREN J. ROBBINS (168593)
DAVID C. WALTON (167268)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
davew@rgrdlaw.com

Attorneys for Plaintiff

[Additional counsel appear on signature page.]

*E-FILED - 8/27/10*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOM BELLOMO, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiff,<br><br> vs.<br><br>XENOPORT, INC., et al.,<br><br>       Defendants. | No. 10-cv-03301-RMW<br><br>CLASS ACTION<br><br>STIPULATION AND [] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT |

576382_1

1   WHEREAS, on July 28, 2010, plaintiff Tom Bellomo filed the Complaint in this action;

2   WHEREAS, pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C.

3   §78u-4(a)(3)(B), the Court has not yet appointed a lead plaintiff in this action;

4   WHEREAS, proposed lead plaintiffs are scheduled to file motions for appointment of lead

5   plaintiff no later than September 26, 2010; and

6   WHEREAS, plaintiff and all defendants agree that defendants shall not be required to answer

7   or otherwise respond to the Complaint until after the appointment of lead plaintiff and the filing of a

8   Consolidated Complaint.

9   NOW THEREFORE, IT IS SO STIPULATED, pursuant to Civil L.R. 6-1(a), by and

10  between plaintiff and defendants that the time by which defendants must answer or otherwise

11  respond to the Complaint shall be extended until after the appointment of a lead plaintiff and the

12  filing of a Consolidated Complaint. Lead plaintiff shall have 60 days from the order appointing lead

13  plaintiff to file a Consolidated Complaint.

14  Defendants shall have 45 days from the filing of the Consolidated Complaint to file their

15  responsive pleading;

16  If defendants respond to the Complaint by filing a motion under Fed. R. Civ. P. 12, lead

17  plaintiff shall have 45 days from the filing of defendants' responsive pleading to file an opposition to

18  the motion; and

19  Defendants shall have 30 days from the filing of lead plaintiff's opposition in which to file a

20  reply in support of the motion.

21  Dated:  August 24, 2010

22  ROBBINS GELLER RUDMAN                           COOLEY LLP
       & DOWD LLP                                   JESSICA VALENZUELA-SANTAMARIA
23  DENNIS J. HERMAN

24       s/ DENNIS J. HERMAN                             s/ JESSICA VALENZUELA-SANTAMARIA
           DENNIS J. HERMAN                                JESSICA VALENZUELA-SANTAMARIA
25

    Post Montgomery Center                          Five Palo Alto Square
26  One Montgomery Street, Suite 1800               3000 El Camino Real
    San Francisco, CA  94104                        Palo Alto, CA 94306-2155
27  Telephone: 415/288-4545                         Telephone:  650/843-5000
    415/288-4534 (fax)                              650/857-0663 (fax)
28

576382_1   STIPULATION AND [] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT -
           10-cv-03301-RMW                                                              - 1 -

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
DAVID C. WALTON
655 West Broadway, Suite 1900
San Diego, CA  92101-3301
Telephone:  619/231-1058
619/231-7423 (fax)

HOLZER HOLZER & FISTEL, LLC
COREY D. HOLZER
MICHAEL I. FISTEL, JR.
200 Ashford Center North, Suite 300
Atlanta, GA  30338
Telephone:  770/392-0090
770/392-0029 (fax)

DYER & BERENS LLP
JEFFREY A. BERENS
303 East 17th Avenue, Suite 300
Denver, CO  80203
Telephone:  303/861-1764
303/395-0393 (fax)

Attorneys for Plaintiff

I, Dennis J. Herman, am the ECF User who ID and password are being used to file this Stipulation and [Proposed] Order Extending Time to Respond to Complaint.  In compliance with General Order 45, X.B., I hereby attest that Jessica Valenzuela-Santamaria has concurred in this filing.

*   *   *

**O R D E R**

IT IS SO ORDERED.

DATED: 8/27/10      _____
                    THE HONORABLE RONALD M. WHYTE
                    UNITED STATES DISTRICT JUDGE