1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TOM BELLOMO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>XENOPORT, INC., RONALD W. BARRETT, WILLIAM J. RIEFLIN, DAVID A. STAMLER, MARK A. GALLOP and DAVID R. SAVELLO,<br><br>Defendants.<br>_____<br>IE-CHEN CHENG, Individually and on Behalf of All others Similarly Situated,<br><br>Plaintiff,<br><br>XENOPORT, INC., RONALD W. BARRETT, WILLIAM J. RIEFLIN, DAVID A. STAMLER, MARK A. GALLOP and DAVID R. SAVELLO,<br><br>Defendants. | No. CV-10-3301-RMW<br><br><u>**CLASS ACTION**</u><br><br>**ORDER GRANTING MOTION OF IE-CHEN CHENG FOR CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF CO-LEAD COUNSEL**<br><br>Date: November 5, 2010<br>Time: 9:00 a.m.<br>Courtroom 6, 4th Floor<br>Honorable Ronald M. Whyte<br><br>No.  CV-10-4318-PVT |

**ORDER**

Having considered the motion of Ie-Chen Cheng for consolidation of related actions, appointment as lead plaintiff and approval of lead counsel, the memorandum of law in support thereof, the declaration of Michael Goldberg in support of that motion, and good cause appearing therefor,

**IT IS HEREBY ORDERED:**

1) The Motion is granted.

2) The above-captioned related actions are consolidated for all purposes, pursuant to Federal Rule of Civil Procedure 42(a) (collectively, the "Consolidated Action").

3) Ie-Chen Cheng is appointed to serve as lead plaintiff in the Consolidated Action, pursuant to 15 U.S.C. §78u-4(a)(3)(B). The law firms of Harwood Feffer LLP and Robbins Geller Rudman & Dowd LLP are hereby approved as co-lead counsel for the Class, pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v).

4) This Order (the "Order") shall apply to the above-captioned Consolidated Action and to each case that relates to the same subject matter that is subsequently filed in this Court or is transferred to this Court and consolidated with the Action.

5) An original of this Order shall be filed by the Clerk in the Master File.

6) The Clerk shall mail a copy of this Order to counsel of record in the Consolidated Action.

7) Every pleading in the Consolidated Action shall have the following caption:

| IN RE XENOPORT, INC. SECURITIES LITIGATION | No. CV-10-3301-RMW |
|---|---|

8) Lead counsel shall provide general supervision of the activities of plaintiffs' counsel and shall have the following responsibilities and duties to perform or delegate as appropriate:

   a) to brief and argue motions;

   b) to initiate and conduct discovery, including, without limitation, coordination of discovery with defendants' counsel, preparation of written interrogatories, requests for admission and requests for production of documents;

   c) to direct and co-ordinate the examination of witnesses in depositions;

   d) to act as spokesperson at pretrial conferences;

   e) to call and chair meetings of plaintiffs' counsel as appropriate or necessary from time to time;

   f) to initiate and conduct any settlement negotiations with counsel for defendants;

   g) to provide general coordination of the activities of plaintiffs' counsel and to delegate work responsibilities to selected counsel as may be required in such a manner as to lead to the orderly and efficient prosecution of this litigation and to avoid duplication or unproductive effort;

   h) to consult and employ experts;

   i) to receive and review periodic time reports of all attorneys on behalf of plaintiffs, to determine if the time is being spent appropriately and for the benefit of plaintiffs and to determine and distribute plaintiffs' attorneys' fees; and

j)   to perform such other duties as may be expressly authorized by further order of this Court.

Dated: ____November 5___, 2010      _____
                                     THE HONORABLE RONALD M. WHYTE
                                     UNITED STATES DISTRICT JUDGE