ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS (168593)
TRICIA L. McCORMICK (199239)
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
darrenr@rgrdlaw.com
triciam@rgrdlaw.com
     – and –
JOHN K. GRANT (169813)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
johnkg@rgrdlaw.com

DYER & BERENS LLP
JEFFREY A. BERENS
303 East 17th Avenue, Suite 300
Denver, CO  80203
Telephone:  303/861-1764
303/395-0393 (fax)
jeff@dyerberens.com

Counsel for Plaintiffs

[Additional counsel appear on signature page.]

***E-FILED - 11/10/10***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TOM BELLOMO, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>XENOPORT, INC., et al.,<br><br>　　　　　　　　Defendants. | No. 5:10-cv-03301-RMW<br><br>CLASS ACTION<br><br>STIPULATION AND [] ORDER CONTINUING CASE MANAGEMENT CONFERENCE<br><br>DATE:　　　November 12, 2010<br>TIME:　　　10:30 a.m.<br>COURTROOM: The Honorable<br>　　　　　　　Ronald M. Whyte |

585228_1

**STIPULATION**

THE PARTIES stipulate as follows:

This matter is a class action under the federal securities laws and is subject to a stay of discovery under the Private Securities Litigation Reform Act of 1995. 15 U.S.C. §78u-4(b)(3)(B). A Case Management Conference is currently set for November 12, 2010, with a Case Management Statement due on November 5, 2010.

The hearing on an unopposed motion for appointment of lead plaintiff and consolidation was also set for November 5, 2010. On November 4, 2010, however, the Court posted its tentative ruling granting the lead plaintiff motion and cancelling the hearing.

The parties respectfully submit that any case management conference in this matter would be premature and would not benefit the Court or the parties both because discovery is stayed and lead plaintiff and lead counsel are only recently appointed.

Accordingly, the parties jointly request that the Court take the November 12, 2010 Case Management Conference off calendar, to be rescheduled after the discovery stay is lifted.

IT IS SO STIPULATED.

DATED: November 5, 2010                ROBBINS GELLER RUDMAN
                                         & DOWD LLP
                                       JOHN K. GRANT


                                          s/ John K. Grant
                                       JOHN K. GRANT

                                       Post Montgomery Center
                                       One Montgomery Street, Suite 1800
                                       San Francisco, CA  94104
                                       Telephone: 415/288-4545
                                       415/288-4534 (fax)

                                       ROBBINS GELLER RUDMAN
                                         & DOWD LLP
                                       DARREN J. ROBBINS
                                       TRICIA L. McCORMICK
                                       655 West Broadway, Suite 1900
                                       San Diego, CA  92101
                                       Telephone: 619/231-1058
                                       619/231-7423 (fax)

                                       Counsel for Plaintiffs

|     |                                  |                                                                                                                                                                    |
| --- | -------------------------------- | ------------------------------------------------------------------------------------------------------------------------------------------------------------------ |
| 1   |                                  |                                                                                                                                                                    |
| 2   |                                  | DYER & BERENS LLP<br>JEFFREY A. BERENS<br>303 East 17th Avenue, Suite 300                                                                                          |
| 3   |                                  | Denver, CO  80203<br>Telephone:  303/861-1764                                                                                                                      |
| 4   |                                  | 303/395-0393 (fax)                                                                                                                                                 |
| 5   |                                  | HOLZER HOLZER & FISTEL, LLC<br>COREY D. HOLZER                                                                                                                     |
| 6   |                                  | MICHAEL I. FISTEL, JR.<br>200 Ashford Center North, Suite 300                                                                                                      |
| 7   |                                  | Atlanta, GA  30338<br>Telephone:  770/392-0090                                                                                                                     |
| 8   |                                  | 770/392-0029 (fax)                                                                                                                                                 |
| 9   |                                  | Additional Counsel for Plaintiff                                                                                                                                   |
| 10  | DATED:  November 5, 2010         | COOLEY LLP<br>JESSICA VALENZUELA SANTAMARIA                                                                                                                        |
| 11  |                                  |                                                                                                                                                                    |
| 12  |                                  |                                                                                                                                                                    |
| 13  |                                  |      s/ Jessica Valenzuela Santamaria<br>JESSICA VALENZUELA SANTAMARIA                                                                    |
| 14  |                                  | Five Palo Alto Square                                                                                                                                              |
| 15  |                                  | 3000 El Camino Real<br>Palo Alto, CA 94306-2155<br>Telephone:  650/843-5000                                                                                        |
| 16  |                                  | 650/857-0663 (fax)                                                                                                                                                 |
| 17  |                                  | Counsel for Defendants                                                                                                                                             |

18  I, John K. Grant, am the ECF User whose ID and password are being used to file this

19  Stipulation and [Proposed] Order Continuing Case Management Conference.  In compliance with

20  General Order 45, X.B., I hereby attest that Jessica Valenzuela Santamaria has concurred in this

21  filing.

22

23       s/ John K. Grant
    JOHN K. GRANT

* * *

**O R D E R**

Pursuant to the stipulation of the parties, the November 12, 2010 Case Management Conference is continued and will be rescheduled if necessary after the discovery stay is lifted. No Case Management Statement is currently due.

IT IS SO ORDERED.

DATED: _11/10/10_____   _/s/ Ronald M. Whyte_____
THE HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

*The Court resets the Case Management Conference to January 28, 2011 at 10:30 a.m.