COOLEY LLP
JOHN C. DWYER (136533) dwyerjc@cooley.com
JESSICA VALENZUELA SANTAMARIA (220934)
jsantamaria@cooley.com
ADAM TRIGG (261498) atrigg@cooley.com
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:  (650) 843-5000
Facsimile:   (650) 849-7400

Attorneys for Defendants
XENOPORT, INC., RONALD W. BARRETT, WILLIAM J.
RIEFLIN, DAVID A. STAMLER, MARK A. GALLOP and
DAVID R. SAVELLO

*E-FILED - 1/24/11*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE XENOPORT, INC. SECURITIES LITIGATION | Case No. 10-CV-3301 RMW <br><br> **STIPULATION AND [] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** <br><br> Date:  January 28, 2011 <br> Time:  10:30 a.m. <br> Judge:  Hon. Ronald M. Whyte |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

912075 v1/HN

1.

**STIPULATION AND [] ORDER
CONTINUING CASE MANAGEMENT CONFERENCE
10-CV-3301 RMW**

## STIPULATION

THE PARTIES stipulate as follows:

This matter is a class action under the federal securities laws and is subject to a stay of discovery under the Private Securities Litigation Reform Act of 1995. 15 U.S.C. §78u-4(b)(3)(B). A Case Management Conference is currently set for January 28, 2011.

The parties respectfully submit that any case management conference in this matter would be premature and would not benefit the Court or the parties both because discovery is stayed and lead plaintiff recently filed its consolidated complaint.

Accordingly, the parties jointly request that the Court take the January 28, 2011 Case Management Conference off calendar, to be rescheduled after the discovery stay is lifted.

IT IS SO STIPULATED.

Dated: January 20, 2011        COOLEY LLP

                               _____/s/_____
                               Adam Trigg (261498)
                               Attorneys for Defendants
                               XENOPORT, INC., RONALD W. BARRETT,
                               WILLIAM J. RIEFLIN, DAVID A. STAMLER,
                               MARK A. GALLOP and DAVID R. SAVELLO

                               HARWOOD FEFFER LLP

                               _____/s/_____
                               Samuel K. Rosen
                               Co-Lead Class Counsel

I, Adam Trigg, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Continuing Case Management Conference. In compliance with General Order 45, X.B., I hereby attest that Samuel Rosen has concurred in this filing.

                               _____/s/_____
                               Adam Trigg

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

912075 v1/HN                2.         STIPULATION AND [] ORDER
                                       CONTINUING CASE MANAGEMENT CONFERENCE
                                       10-CV-3301 RMW

1

**O R D E R**

2   Pursuant to the stipulation of the parties, the January 28, 2011 Case Management
3   Conference is continued and will be rescheduled if necessary after the discovery stay is lifted. No
4   Case Management Statement is currently due.

5

6   IT IS SO ORDERED.

7   DATED: __1/24/11__            _/s/ Ronald M. Whyte_
                                    _____
8                                   THE HONORABLE RONALD M. WHYTE
                                    UNITED STATES DISTRICT JUDGE
9   *The Court resets the Case Management Conference to April 29, 2011 @ 10:30 a.m.
    A Revised Joint Case Management Statement is due on April 22, 2011.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

912075 v1/HN                            3.                **STIPULATION AND [] ORDER
                                                          CONTINUING CASE MANAGEMENT CONFERENCE
                                                          10-CV-3301 RMW**