LIONEL Z. GLANCY (#134180)
MICHAEL GOLDBERG (#188669)
GLANCY BINKOW & GOLDBERG
1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
info@glancylaw.com

*E-FILED - 3/23/11*

*Attorneys for Plaintiff*
*[Additional Counsel on Signature Page]*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE XENOPORT, INC. SECURITIES LITIGATION | No. CV-10-3301-RMW <br><br> CLASS ACTION <br><br> **STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO MOTION TO DISMISS THE CONSOLIDATED COMPLAINT** |

WHEREAS, defendants have filed a motion to dismiss the consolidated complaint in the within action;

WHEREAS, plaintiffs' response to the motion is currently due on April 4, 2011;

WHEREAS, defendants' reply to plaintiffs' response is currently due on May 4, 2011;

WHEREAS, oral argument on the motion is currently noticed for May 20, 2011;

WHEREAS, the parties believe that the instant stipulation will conserve the time and resources of the Court and of the parties by promoting judicial economy;

IT IS HEREBY STIPULATED BY AND AMONG THE PARTIES:

1. Plaintiffs shall have until April 18, 2011 to respond to defendants' motion to dismiss the consolidated complaint.

2. Defendants shall have until May 9, 2011 to file a reply.

3. Oral argument on the motion shall proceed on May 20, 2011, as currently scheduled.

GLANCY BINKOW & GOLDBERG LLP

Dated: 3/11/2011   By: _____
Lionel Z. Glancy
Michael Goldberg
Andy Sohrn
1801 Avenue of the Stars
Suite 311
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Liaison Counsel*

STIPULATION
2
Case No. CV-10-3301-RMW

| | |
|---|---|
| 1 | HARWOOD FEFFER LLP |
|   | Robert I. Harwood |
| 2 | Samuel K. Rosen |
|   | 488 Madison Ave., 8th Floor |
| 3 | New York, New York 10022 |
|   | Telephone: (212) 935-7400 |
| 4 | Facsimile:  (212) 753-3630 |

ROBBINS GELLER RUDMAMN & DOWD LLP
Dennis J. Herman
100 Pine Street, 26th Floor
San Francisco, California  94111
Telephone:  (415) 288-4545
Facsimile:   (415) 288-4534

-and-

ROBBINS GELLER RUDMAN & DOWD LLP
Darren J. Robbins
David C. Walton
655 Broadway, Suite 1900
San Diego, California  92101-3301
Telephone:  (619) 231-1058
Facsimile:   (619) 231-7423

*Co-Lead Counsel*

HOLZER HOLZER & FISTEL, LLC
Corey D. Holzer
Michael I. Fistel, Jr.
200 Ashford Center North, Suite 300
Atlanta, Georgia  30338
Telephone:  (770) 392-0090
Facsimile:   (770) 392-0029

DYER & BERENS LLP
Jeffrey A. Berens
303 East 17th Avenue, Suite 300
Denver, Colorado  80203
Telephone:  (303) 861-1764
Facsimile:   (303) 395-0393

*Attorneys for Plaintiffs*

STIPULATION
3
Case No.  CV-10-3301-RMW

```
                                    COOLEY LLP

 Dated: 3/11/2011       By: /s/ John C. Dwyer
                            John C. Dwyer
                            Jessica Valenzuela Santamaria
                            Adam Trigg
                            Five Palo Alto Square
                            3000 El Camino Real
                            Palo Alto, California 94306-2155
                            Telephone: (650) 843-5000
                            Facsimile: (650) 849-7400

                            *Attorneys for Defendants Xenoport, Inc.,
                            Ronald W. Barrett, William J. Rieflin,
                            David A. Stamler, Mark A. Gallop and
                            David R. Savello*
```

### [PROPOSED] ORDER

Pursuant to stipulation, IT IS SO ORDERED.

_3/23_____, 2011        /s/ Ronald M. Whyte
                                Ronald M. Whyte
                                United States District Judge

STIPULATION
4

Case No. 10-cv-3301-RMW