COOLEY LLP
JOHN C. DWYER (136533) dwyerjc@cooley.com
JESSICA VALENZUELA SANTAMARIA (220934)
jsantamaria@cooley.com
ADAM TRIGG (261498) atrigg@cooley.com
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:   (650) 843-5000
Facsimile:    (650) 849-7400

Attorneys for Defendants
XENOPORT, INC., RONALD W. BARRETT, WILLIAM J. RIEFLIN, DAVID A. STAMLER, MARK A. GALLOP and DAVID R. SAVELLO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE XENOPORT, INC. SECURITIES LITIGATION | Case No. 10-CV-3301 RMW<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Date:   April 29, 2011<br>Time:  10:30 a.m.<br>Judge: Hon. Ronald M. Whyte |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

935383 v1/HN

1.

STIPULATION AND ORDER
CONTINUING CASE MANAGEMENT CONFERENCE
10-CV-3301 RMW

**STIPULATION**

THE PARTIES stipulate as follows:

This matter is a class action under the federal securities laws and is subject to a stay of discovery under the Private Securities Litigation Reform Act of 1995. 15 U.S.C. §78u-4(b)(3)(B). A Case Management Conference is currently set for April 29, 2011.

The parties respectfully submit that any case management conference in this matter would be premature and would not benefit the Court or the parties both because discovery is stayed and defendants' motion to dismiss plaintiff's consolidated complaint is currently pending before the Court.

Accordingly, the parties jointly request that the Court take the April 29, 2011 Case Management Conference off calendar, to be rescheduled after the discovery stay is lifted.

IT IS SO STIPULATED.

Dated:  April 22, 2011                COOLEY LLP

                                      /s/
                                      Adam Trigg (261498)
                                      Attorneys for Defendants
                                      XENOPORT, INC., RONALD W. BARRETT,
                                      WILLIAM J. RIEFLIN, DAVID A. STAMLER,
                                      MARK A. GALLOP and DAVID R. SAVELLO

                                      HARWOOD FEFFER LLP

                                      /s/
                                      Samuel K. Rosen
                                      Co-Lead Class Counsel

I, Adam Trigg, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Continuing Case Management Conference.  In compliance with General Order 45, X.B., I hereby attest that Samuel Rosen has concurred in this filing.

                                      /s/
                                      Adam Trigg

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

935383 v1/HN                2.        STIPULATION AND ORDER
                                      CONTINUING CASE MANAGEMENT CONFERENCE
                                      10-CV-3301 RMW

**O R D E R**

Pursuant to the stipulation of the parties, the April 29, 2011 Case Management Conference is continued and will be rescheduled if necessary after the discovery stay is lifted. No Case Management Statement is currently due.

IT IS SO ORDERED.

DATED: ____04/28/2011_____

*Ronald M. Whyte*

THE HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

935383 v1/HN

3.

STIPULATION AND ORDER
CONTINUING CASE MANAGEMENT CONFERENCE
10-CV-3301 RMW