COOLEY LLP
JOHN C. DWYER (136533) dwyerjc@cooley.com
JESSICA VALENZUELA SANTAMARIA (220934)
jsantamaria@cooley.com
ADAM TRIGG (261498) atrigg@cooley.com
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:   (650) 843-5000
Facsimile:    (650) 849-7400

Attorneys for Defendants
XENOPORT, INC., RONALD W. BARRETT, WILLIAM J.
RIEFLIN, DAVID A. STAMLER, MARK A. GALLOP and
DAVID R. SAVELLO

***E-FILED - 6/23/11***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE XENOPORT, INC. SECURITIES LITIGATION | Case No. 10-CV-3301 RMW<br><br>**STIPULATION AND [] ORDER EXTENDING TIME TO RESPOND TO FIRST AMENDED COMPLAINT** |
|---|---|

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

948618 v1/HN

1.

STIPULATION AND [] ORDER
EXTENDING TIME TO RESPOND TO FIRST
AMENDED COMPLAINT

1    WHEREAS, on June 14, 2010, plaintiff Ie-Chen Cheng ("Plaintiff") filed the First Amended Complaint ("FAC") in this action;

3    WHEREAS, plaintiff and all defendants agree that due to the schedules of the parties and their attorneys, defendants' time to answer or otherwise respond to the FAC, and any subsequent briefing schedule, should be extended.

6    NOW THEREFORE, IT IS STIPULATED, pursuant to Civil L.R. 6-1, by and between plaintiff and defendants that the time by which defendants must answer or otherwise respond to the FAC shall be extended to July 29, 2011;

9    If defendants respond to the FAC by filing a motion under Fed. R. Civ. P. 12, lead plaintiff shall have until August 29, 2011 to file an opposition to the motion;

11    Defendants shall have until September 14, 2011 to file a reply in support of the motion; and

13    The hearing on the motion shall take place on Friday, September 23, 2011 or as soon thereafter as the Court is available.

Dated:  June 17, 2011                           COOLEY LLP

*I, Adam Trigg, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Extending Time to Respond to First Amended Complaint.  In compliance with General Order 45.X.B., I hereby attest that Samuel Rosen has concurred in this filing.*

                                                /s/
                                                Adam Trigg (261498)
                                                Attorneys for Defendants
                                                XENOPORT, INC., RONALD W. BARRETT,
                                                WILLIAM J. RIEFLIN, DAVID A. STAMLER,
                                                MARK A. GALLOP and DAVID R. SAVELLO

                                                HARWOOD FEFFER LLP

                                                /s/
                                                Samuel K. Rosen
                                                Co-Lead Class Counsel

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

948618 v1/HN                    2.            STIPULATION AND [] ORDER
                                              EXTENDING TIME TO RESPOND TO FIRST
                                              AMENDED COMPLAINT

| | |
|---|---|
| 1 | **ORDER** |
| 2   IT IS SO ORDERED. | |
| 3   DATED: 6/23/11 | *Ronald M. Whyte* |
| 4 | THE HONORABLE RONALD M. WHYTE<br>UNITED STATES DISTRICT JUDGE |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

948618 v1/HN

3.

**STIPULATION AND [] ORDER
EXTENDING TIME TO RESPOND TO FIRST
AMENDED COMPLAINT**