COOLEY LLP
JOHN C. DWYER (136533) dwyerjc@cooley.com
JESSICA VALENZUELA SANTAMARIA (220934)
jsantamaria@cooley.com
ADAM TRIGG (261498) atrigg@cooley.com
Five Palo Alto Square
30000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:  (650) 843-5000
Facsimile:   (650) 849-7400

Attorneys for Defendants
XENOPORT, INC., RONALD W. BARRETT, WILLIAM J.
RIEFLIN, DAVID A. STAMLER, MARK A. GALLOP and
DAVID R. SAVELLO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE XENOPORT, INC. SECURITIES LITIGATION | Case No. 5:10-CV-3301 RMW |
| | **STIPULATION AND [] ORDER RESETTING HEARING ON DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT** |
| | Date:      September 30, 2011 <br> Time:      9:00 a.m. <br> Judge:  Hon. Ronald M. Whyte |

1

**STIPULATION**

2

THE PARTIES stipulate as follows:

3

The hearing on Defendants' Motion to Dismiss First Amended Complaint, originally

4

scheduled for September 23, 2011, and reset for September 30, 2011, is reset for October 28,

5

2011.

6

IT IS SO STIPULATED.

7

Dated:   September 23, 2011

8

COOLEY LLP

9

_____/s/ Adam C. Trigg_____

10

Adam C. Trigg (261498)

11

Attorneys for Defendants
XENOPORT, INC., RONALD W. BARRETT,

12

WILLIAM J. RIEFLIN, DAVID A. STAMLER,
MARK A. GALLOP and
DAVID R. SAVELLO

13

14

HARWOOD FEFFER LLP

15

_____/s/ Samuel K. Rosen_____

16

Samuel K. Rosen
Harwood Feffer LLP
488 Madison Avenue, 8th Floor

17

New York, NY  10022

18

Co-Lead Class Counsel for Lead Plaintiff
IE-CHEN CHENG

19

20

I, Adam Trigg, am the ECF User whose ID and password are being used to file this
Stipulation and [Proposed] Order Resetting Hearing on Defendants' Motion to Dismiss First

21

Amended Complaint.  In compliance with General Order 45, X.B., I hereby attest that Samuel K.
Rosen has concurred in this filing.

22

23

_____/s/ Adam C. Trigg_____

24

Adam C. Trigg

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

975113 v1/HN

1.

STIP. AND [] ORDER RESETTING HRG
ON DEFS' MTD FIRST AMENDED COMPLAINT
CASE NO. 5:10-CV-3301

1

**ORDER**

2          Pursuant to the stipulation of the parties, the September 30, 2011, hearing on Defendants'

3    Motion to Dismiss First Amended Complaint is reset for October 28, 2011, at 9:00 A.M.

4          IT IS SO ORDERED.

5    DATED: _____

6                                        _____
                                         THE HONORABLE RONALD M. WHYTE
7                                        UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Cooley LLP
Attorneys At Law
Palo Alto

975113 v1/HN                2.                STIP. AND [] ORDER RESETTING HRG
                                          ON DEFS' MTD FIRST AMENDED COMPLAINT
                                                     CASE NO. 5:10-CV-3301