1  COOLEY LLP
2  JOHN C. DWYER (136533) dwyerjc@cooley.com
   JESSICA VALENZUELA SANTAMARIA (220934)
3  jsantamaria@cooley.com
   ADAM TRIGG (261498) atrigg@cooley.com
4  Five Palo Alto Square
   30000 El Camino Real
5  Palo Alto, CA  94306-2155
   Telephone:  (650) 843-5000
6  Facsimile:   (650) 849-7400

7
   Attorneys for Defendants
8  XENOPORT, INC., RONALD W. BARRETT, WILLIAM J.
   RIEFLIN, DAVID A. STAMLER, MARK A. GALLOP and
9  DAVID R. SAVELLO

10                    UNITED STATES DISTRICT COURT
11
                      NORTHERN DISTRICT OF CALIFORNIA
12

13 | IN RE XENOPORT, INC. SECURITIES | Case No. 5:10-CV-3301 RMW
14 | LITIGATION |
   |   | **STIPULATION AND [] ORDER
15 |   | RESETTING HEARING ON DEFENDANTS'
   |   | MOTION TO DISMISS FIRST AMENDED
16 |   | COMPLAINT**
17 |   | Date:    September 30, 2011
   |   | Time:    9:00 a.m.
18 |   | Judge:   Hon. Ronald M. Whyte

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

975113 v1/HN

STIP. AND [] ORDER RESETTING HRG
ON DEFS' MTD FIRST AMENDED COMPLAINT
CASE NO. 5:10-CV-3301

**STIPULATION**

THE PARTIES stipulate as follows:

The hearing on Defendants' Motion to Dismiss First Amended Complaint, originally scheduled for September 23, 2011, and reset for September 30, 2011, is reset for October 28, 2011.

IT IS SO STIPULATED.

Dated:  September 23, 2011

COOLEY LLP

_/s/ Adam C. Trigg_
Adam C. Trigg (261498)

Attorneys for Defendants
XENOPORT, INC., RONALD W. BARRETT,
WILLIAM J. RIEFLIN, DAVID A. STAMLER,
MARK A. GALLOP and
DAVID R. SAVELLO

HARWOOD FEFFER LLP

_/s/ Samuel K. Rosen_
Samuel K. Rosen
Harwood Feffer LLP
488 Madison Avenue, 8th Floor
New York, NY  10022

Co-Lead Class Counsel for Lead Plaintiff
IE-CHEN CHENG

I, Adam Trigg, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order Resetting Hearing on Defendants' Motion to Dismiss First Amended Complaint.  In compliance with General Order 45, X.B., I hereby attest that Samuel K. Rosen has concurred in this filing.

_/s/ Adam C. Trigg_
Adam C. Trigg

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

975113 v1/HN

1.

STIP. AND [] ORDER RESETTING HRG
ON DEFS' MTD FIRST AMENDED COMPLAINT
CASE NO. 5:10-CV-3301

**ORDER**

Pursuant to the stipulation of the parties, the September 30, 2011, hearing on Defendants' Motion to Dismiss First Amended Complaint is reset for October 28, 2011, at 9:00 A.M.

IT IS SO ORDERED.

DATED: _____

_____
THE HONORABLE RONALD M. WHYTE
UNITED STATES DISTRICT JUDGE

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

975113 v1/HN

2.

STIP. AND [] ORDER RESETTING HRG
ON DEFS' MTD FIRST AMENDED COMPLAINT
CASE NO. 5:10-CV-3301