United States District Court
For the Northern District of California

**E-FILED on** 12/12/2011

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE XENOPORT, INC. SECURITIES LITIGATION | No. C-10-03301 RMW<br><br>JUDGMENT |

On December 12, 2011, the court dismissed this action with prejudice. Therefore, it is hereby adjudged that plaintiff take nothing by way of his complaint and that judgment be entered in favor of all defendants.

DATED: 12/12/2011

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

JUDGMENT—No. C-10-03301 RMW